GRIFFIN *v.* WOOD *et al.*

ATKINSON, Justice. 1. A judgment of the ordinary confirming and admitting to record the return of duly appointed appraisers, setting apart to a widow and minor children a year's support after proper application and proceedings under the Code, § 113-1002 et seq., consisting of described property, "subject to just debts owed by" the deceased husband and father, is not void on the ground that the property has been set apart subject to existing debts of the deceased. *Jackson* v. *Lee*, 161 *Ga*. 818 (131 S. E. 893).

2. A widow holding property set apart to her as a year's support, subject to an outstanding debt of her deceased husband, may convey the same to secure payment of the outstanding encumbrance and to prevent its foreclosure, and will be bound by such conveyance. *Lunsford* v. *Kersey*, 191 *Ga*. 738 (2) (13 S. E. 2d, 803).

3. The allegations of the petition showing that the widow, before the act of 1937 (Ga. L. 1937, p. 861), voluntarily conveyed to creditors of the decedent. in settlement of their just claims against the estate of the

husband and father, the property set apart as a year's support, she was estopped to assert that as against her a valid title was not conveyed to such creditors. Accordingly the court did not err in sustaining the general demurrer and in dismissing the action.

*Judgment affirmed. All the Justices concur.*

No. 14605. SEPTEMBER 10, 1943.

512

*Stafford Brooke,* for plaintiff.
*R. Carter Pittman,* for defendants.